EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                    *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| Stipulated 9/25/2024 | | 1 | | Bank Records for ABPF |
| Stipulated 9/25/2024 | | 1A | | 2019.12 Bank Statements for ABPF |
| Stipulated 9/25/2024 | | 1B | | 2020.01 Bank Statements for ABPF |
| Stipulated 9/25/2024 | | 2 | | Bank Records for Future for Nevadans |
| Stipulated 9/25/2024 | | 2A | | 2019.12 Bank Statements for Future for Nevadans |
| Stipulated 9/25/2024 | | 3 | | Bank Records for Fiore for Nevada |
| Stipulated 9/25/2024 | | 3A | | 2019.12 Bank Statements for Fiore for Nevada |
| Stipulated 9/25/2024 | | 4 | | Banks Records for Politically Off The Wall, LLC |
| Stipulated 9/25/2024 | | 4A | | 2019.12 Bank Statements for Politically Off The Wall, LLC |
| Stipulated 9/25/2024 | | 5 | | Bank Records for Truth In Politics The Magazine, LLC |
| Stipulated 9/25/2024 | | 6 | | Bank Records for Hamlet Events |
| Stipulated 9/25/2024 | | 6A | | 2019.12 Bank statements for Hamlet Events |
| Stipulated 9/25/2024 | | 6B | | 2020.01 Bank Statements for Hamlet Events |
| Stipulated 9/25/2024 | | 7 | | Bank Records for Michele Fiore |
| Stipulated 9/25/2024 | | 7A | | 2019.11 Bank statements for Michele Fiore |
| Stipulated 9/25/2024 | | 7B | | 2019.12 Bank statements for Michele Fiore |
| Stipulated 9/25/2024 | | 8 | | Bank Records for Sheena Siegel |
| Stipulated 9/25/2024 | | 8A | | 2019.12 Bank statements for Sheena Siegel |
| Stipulated 9/25/2024 | | 9 | | Bank Records for Savannah Kaime |
| Stipulated 9/25/2024 | | 10 | | Bank Records for Eric Lee |
| Stipulated 9/25/2024 | | 10A | | 2019.07 Bank Statements for Eric Lee |
| | 9/25/2024 | 11 | Mike Barnes | INTENTIONALLY LEFT BLANK |
| | | 12 | | INTENTIONALLY LEFT BLANK |
| 9/25/2024 | 9/25/2024 | 13 | Nicole Beck | Alyn Beck Grand Opening Ceremony Photo |
| | | 14 | | 2018.12.21 Skye Canyon Article re Groundbreaking |
| 9/25/2024 | 9/25/2024 | 14A | Nicole Beck | Photo of groundbreaking |
| 9/25/2024 | 9/25/2024 | 15 | Nicole Beck | Photo of Beck statue |
| 9/25/2024 | 9/25/2024 | 16 | Nicole Beck | Photo of Statue plaque |
| | | 17 | | Las Vegas Public Artwork Application Form |

## EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                                    *United States of America v. Michele Fiore*

### Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 18 | | Development Agreement for Alyn Beck Memorial Park |
| 9/25/2024 | 9/25/2024 | 19 | Brian Hanlon | 2019.08.09 Contract for Statue |
| 9/25/2024 | 9/25/2024 | 20 | Brian Hanlon | 2019.08.22 check to Hanlon |
| 9/25/2024 | 9/25/2024 | 21 | Brian Hanlon | 2019.10.30 check to Hanlon |
| 9/25/2024 | 9/25/2024 | 22 | Brian Hanlon | 2020.01.07 check to Hanlon |
| 9/25/2024 | 9/25/2024 | 23 | Brian Hanlon | 2020.01.29 check to Hanlon |
| 9/25/2024 | 9/25/2024 | 24 | Brian Hanlon | 2020.02.18 check to Hanlon |
| 9/25/2024 | 9/25/2024 | 25 | Brian Hanlon | 2020.02.18b check to Hanlon |
| | | 26 | | News release inviting public to grand opening |
| | | 27 | | Video of Unveiling ceremony |
| 9/25/2024 | 9/25/2024 | 27A | Nicole Beck | Clip of Fiore speaking at ceremony |
| 9/30/2024 | 9/30/2024 | 28 | Chris Armstrong | Paid Invoice Register for Hanlon Sculpture Studio |
| 9/25/2024 | 9/25/2024 | 29 | Brian Hanlon | Emails re: Officer Alyn Beck Statue |
| | | 30 | | Redacted ABPF Solicitation letter found during execution of Search Warrant |
| 9/26/2024 | 9/26/2024 | 31 | Mark Wlaschin | Nevada Secretary of State documents regarding Future for Nevadans |
| 9/26/2024 | 9/26/2024 | 32 | Shauna Bakkedahl | Nevada Secretary of State documents regarding ABPF |
| | | 33 | | Non-profit intake questionnaire re ABPF |
| 9/25/2024 | 9/25/2024 | 34 | Douglas Smith | Documents from Hamlet Events Binder |
| | | 35 | | 2019.09.20 IRS docs re ABPF |
| 9/26/2024 | 9/26/2024 | 36 | Shauna Bakkedahl | Nevada Secretary of State documents regarding Politically Off The Wall, LLC |
| 9/26/2024 | 9/26/2024 | 37 | Shauna Bakkedahl | Nevada Secretary of State documents regarding Truth In Politics the Magazine, LLC |
| 9/26/2024 | 9/26/2024 | 38 | Shauna Bakkedahl | Nevada Secretary of State documents regarding Hamlet Events |
| Stipulated 9/27/2024 | | 39 | Tara Krumme | 2017.04.06 Proposed Contract from Alchemy Associates to Fiore |
| 9/25/2024 | 9/25/2024 | 40 | Douglas Smith | Physical Binder of Hamlet Events records seized during Search Warrant |
| Stipulated 9/25/2024 | | 41 | | Checks from ABPF to Jay Brown |
| Stipulated 9/25/2024 | | 42 | | 2019.10.18 Stavola Check to ABPF |
| Stipulated 9/25/2024 | | 43 | | 2019.10.08 NPL Capital check to ABPF |
| Stipulated 9/25/2024 | | 44 | | 2019.10.10 Providence Investments check to ABPF |

<u>EXHIBIT LIST</u>

Case No. 2:24-CR-0155-JAD-DJA    *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 9/25/2024 | 9/25/2024 | 45 | Douglas Smith | ABPF Documents found during execution of Search Warrant |
| 9/25/2024 | 9/25/2024 | 45A | Douglas Smith | ABPF Solicitation letter found during execution of Search Warrant |
| | | 45B | | Handwritten notes found during execution of Search Warrant |
| Stipulated 9/25/2024 | | 46 | | 2019.12 Jay Brown checks to ABPF |
| Stipulated 9/25/2024 | | 47 | | 2020.01.21 Vicky & Peter Palivos check to ABPF |
| Stipulated 9/25/2024 | | 48 | | 2019.12.30 Siegel Group check to ABPF |
| 9/26/2024 | 9/26/2024 | 49 | Tami Montes | Siegel Group Accounting Records |
| 9/26/2024 | 9/26/2024 | 50 | Tami Montes | 2019.12.27 email from B. Groesbeck re check to ABPF |
| Stipulated 9/25/2024 | | 51 | | 2019.12.27 MMDC check to ABPF |
| Stipulated 9/25/2024 | | 52 | | 2019.12.30 BPS check to ABPF |
| Stipulated 9/25/2024 | | 53 | | 2019.12.17 Chesnoff check to ABPF |
| | | 54 | | 2019.12.31 TAB email re donation to ABPF |
| Stipulated 9/25/2024 | | 55 | | 2019.12.31 TAB check to ABPF |
| Stipulated 9/25/2024 | | 56 | | 2020.001.14 Community Ambulance check to ABPF |
| Stipulated 9/25/2024 | | 57 | | 2020.01.21 Richardson Charitable Foundation check to ABPF |
| 9/25/2024 | 9/25/2024 | 58 | Douglas Smith | Physical Binder of ABPF records seized during Search Warrant |
| 9/25/2024 | 9/25/2024 | 59 | Douglas Smith | Various photos from Search Warrant |
| | | 60 | | Secretary of State filings for Fiore for Nevada |
| 9/26/2024 | 9/26/2024 | 60A | Mark Wlaschin | Secretary of State filings for Fiore for Nevadans -2019-2020 |
| | | 61 | | Secretary of State filings for Future for Nevadans |
| 9/26/2024 | 9/26/2024 | 61A | Mark Wlaschin | Secretary of State filings for Future for Nevadans -2019-2020 |
| Stipulated 9/25/2024 | | 62 | | 2019.07.16 Lombardo check to Future for Nevadans |
| Stipulated 9/25/2024 | | 63 | | 2020.02.03 LECET check to Future for Nevadans |
| 9/26/2024 | 9/26/2024 | 64 | Thomas White | 2021.02.03 Fiore email to Local 872 |
| 9/27/2024 | 9/27/2024 | 65 | Harry Mohney | Flyer from Future for Nevadans, received by Harry Mohney |

<u>EXHIBIT LIST</u>

Case No. 2:24-CR-0155-JAD-DJA                    *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| Stipulated 9/25/2024 | | 66 | | 2019.11.15 Mohney Trust check to Future for Nevadans |
| | | 67 | | INTENTIONALLY LEFT BLANK |
| Stipulated 9/25/2024 | | 68 | | 2020.02.06 Laborers International Union check to FFN |
| Stipulated 9/25/2024 | | 69 | | 2019.10.11 Integral Associates, Inc. check to Future for Nevadans |
| Stipulated 9/25/2024 | | 70 | | 2019.09.12 Incorp check to Future for Nevadans |
| Stipulated 9/25/2024 | | 71 | | 2019.12.16 V is for Victory check to Future for Nevadans |
| Stipulated 9/25/2024 | | 72 | | 2019.12.24 ABPF check to Victoria Seaman |
| | | 73 | | INTENTIONALLY LEFT BLANK |
| | | 74 | | INTENTIONALLY LEFT BLANK |
| | | 75 | | INTENTIONALLY LEFT BLANK |
| | | 76 | | INTENTIONALLY LEFT BLANK |
| | | 77 | | INTENTIONALLY LEFT BLANK |
| | | 78 | | INTENTIONALLY LEFT BLANK |
| | | 79 | | INTENTIONALLY LEFT BLANK |
| 9/26/2024 | 9/26/2024 | 80 | Peter Lee | Rental Agreement for 6205 Red Pine Court |
| ~~9/26/2024~~ WITHDRAWN | ~~9/26/2024~~ ON 9/27/2024 | ~~81~~ | ~~Peter Lee~~ | ~~Rental payments for 6205 Red Pine Court~~ |
| Stipulated 9/26/2024 | | 82 | | Queensridge Event Payments for Kaime/Willis Wedding |
| | | 82A | | Annotated Queensridge Event Payments for Kaime/Willis Wedding |
| 9/26/2024 | 9/26/20241 | 83 | Peter Lee | Photos of property at 6205 Red Pine Ct |
| | | 84 | | INTENTIONALLY LEFT BLANK |
| 9/27/2024 | 9/27/2024 | 85 | Alyssa Struck | Invoice documents for Plastic Surgery Vegas |
| | | 85A | | PSV Statements, Payments and chart for Fiore |
| Stipulated 9/25/2024 | | 86 | | 2020.01.06 ABPF check to Marianne Rombola |
| Stipulated 9/25/2024 | | 87 | | ABPF Payments to Gil's Printing |
| Stipulated 9/25/2024 | | 88 | | 2020.01.24 ABPF check to Kaqun |
| Stipulated 9/25/2024 | | 89 | | 2019.12.06 ABPF check to Alchemy Associates |
| | | 90 | | INTENTIONALLY LEFT BLANK |

## EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA

*United States of America v. Michele Fiore*

### Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | IDENTIFICATION Witness | DESCRIPTION |
|---|---|---|---|---|
| Stipulated 9/25/2024 | | 91 | | 2019.07.16 Future for Nevadans check to Sheena Siegel |
| Stipulated 9/25/2024 | | 92 | | 2019.10.29 ABPF check to Cash |
| Stipulated 9/25/2024 | | 93 | | 2019.10.29 ABPF checks to Hamlet Events |
| Stipulated 9/25/2024 | | 94 | | 2019.10.29 deposit to Hamlet Events |
| Stipulated 9/25/2024 | | 95 | | 2019.11.04 Cash withdrawal from Hamlet Events |
| Stipulated 9/25/2024 | | 96 | | 2019.11.12 ABPF online transfer to Future for Nevadans |
| Stipulated 9/25/2024 | | 97 | | 2020.01.03 ABPF check to Hamlet Events |
| Stipulated 9/25/2024 | | 98 | | 2020.01.13 ABPF check to Hamlet Events |
| Stipulated 9/25/2024 | | 99 | | 2020.01.27 ABPF check to Hamlet Events |
| | | 101 | | Summary of Bank Records Exhibits |
| | | 102 | | Summary of ABPF Sources and Uses of Funds |
| 9/30/2024 | 9/30/2024 | 103 | Sandra Harris | Summary of Deposits Debits, Checks, and Withdrawals of various accounts |
| 10/1/2024 | 10/1/2024 | 104 | Cody Fryxell | Summary of Transactions Associated with Count 2 |
| | 9/30/2024 | 105 | Cody Fryxell | Summary of Transactions Associated with Count 3 |
| | | 106 | | Summary of Transactions Associated with Count 4 |
| | | 107 | | Summary of Transactions Associated with Count 5 |
| | | 108 | | Summary of Transactions Associated with Counts 6&7 |
| | | 109 | | Summary of C&E Reports related to ABPF and FFN |
| | | 110 | | Summary of Rental Transactions for 6205 Red Pine Ct. |
| | | 111 | | Summary of Transactions related to Anson, Edwards, and Higgins |