CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300

Attorneys for Defendant, Michele Fiore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00155-JAD-DJA |
| Plaintiff, | |
| vs. | |
| MICHELE FIORE, | |
| Defendant. | |

## MICHELE FIORE'S MOTION TO VACATE SENTENCING DATE DUE TO

## EXECUTIVE GRANT OF CLEMENCY

Defendant, Michele Fiore, by and through her attorney, Paola M. Armeni, Esq., and Gia N. Marina, Esq. of the law firm of Clark Hill PLLC, moves this Court to Vacate the sentencing date currently set for May 14, 2025, at 1:30 p.m. due to the Executive Grant of Clemency signed on the 23rd of April 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

The President of the United States pursuant to his powers under Article II, Section 2, Clause 1, of the United States Constitution, has the authority to "grant Reprieves and Pardons for Offences against the United States, except in Case of Impeachment."  This authority may be exercised at any time after an offenses' commission, "either before legal proceedings are taken or during their pendency, or after conviction and judgment."[1]  "If granted before conviction it prevents any of the

---

[1] *Ex parte Garland*, 71 U.S. 333, 334, 18 L. Ed. 366 (1866).

1  penalties and disabilities consequent upon conviction from attaching; if granted after conviction it

2  removes the penalties and disabilities and restores him to all his civil rights." [2]

3       On April 23, 2025, the President of the United States, Donald J. Trump exercised his

4  authority and granted Ms. Fiore a **full and unconditional pardon** for those offenses set forth in

5  this case. *See* Exhibit A – a true and accurate copy of the Executive Grant of Clemency.

6       For the foregoing reasons, the sentencing cannot go forward and as such should be vacated.

7       Dated this 24th day of April, 2025.

8                                    CLARK HILL PLLC

9

10                                   PAOLA M. ARMENI
                                  Nevada Bar No. 8357

11                                   1700 South Pavilion Center Drive, Suite 500
                                  Las Vegas, Nevada 89135

12                                   Tel: (702) 862-8300
                                  Attorney for Defendant, Michele Fiore

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

27  [2] *Ex parte Garland*, 71 U.S. 333, 334, 18 L. Ed. 366 (1866).

28

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Clark Hill PLLC, hereby certifies that on the 24th day of April, 2025, I served a copy of the **MICHELE FIORE'S MOTION TO VACATE SENTENCING DATE DUE TO THE EXECUTIVE GRANT OF CLEMENCY** via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Alexander Byrne Gottfried     alexander.gottfried@usdoj.gov

Dahoud Askar     Dahoud.Askar@usdoj.gov, heather.depremio2@usdoj.gov

An employee of CLARK HILL PLLC